# THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>SUNEDISON, INC., *et al.,*<br>Debtors. | Chapter 11<br>Case No. 16-10992 (SMB)<br>Jointly Administered |
| SUNEDISON LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>EYNON MANAGEMENT, INC., (DBA EYNON WEED CONTROL),<br><br>Defendant. | Adv. Proc. No. 18-01066 (SMB) |

The undersigned Mediator reports that the mediation was completed on August 6, 2018 in the following manner:

(A)  The following individuals were present:
  a. Parties – Mr. Tim Daileader, and Ms. Ivona Smith for the Plaintiff and Mr. Mike Eynon for the Defendant.
  b. Counsel – Daniel F. Geoghan, Esq., and David R. Hurst, Esq., representing the Plaintiff and Ira R. Abel, Esq. representing the Defendant.

(B)  The Parties mediated in good faith.

(C)  The matter has been resolved.

Dated:   New York, New York
         August 7, 2018

HALPERIN BATTAGLIA BENZIJA, LLP

*/s/ Christopher J. Battaglia* _____
Christopher J. Battaglia, Esq.
40 Wall Street – 37th Floor
New York, NY 10005
Phone: (212) 765-9100
Fax:    (212)765-0964